JOSEPH ELOVE, Respondent, v. RUDOLPH STEIN, Trading under the Name and Style of STEIN, MOSS & CO., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

LOUIS C. FUCCILLO, Respondent, v. AMERICAN DISTRIBUTING COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ABRAHAM S. GUMANOW, Respondent, v. COASTWISE LUMBER AND SUPPLY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CHARLOTTE L. HURST, Respondent, v. JAMES HURST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

STANLEY LAVES, Respondent, v. WILLIAM A. JAMISON and Others, Doing Business under the Name of ARBUCKLE BROTHERS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

WILLIAM LAVES, an Infant, by His Guardian ad Litem, STANLEY LAVES, Respondent, v. WILLIAM A. JAMISON and Others, Doing Business under the Name of ARBUCKLE BROTHERS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

NATHAN LEWINTER, Respondent, v. MAX GOLDMAN, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

NATHAN LEWINTER, Respondent, v. MAX GOLDMAN, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

GEORGE E. PASCA, as Administrator, etc., of JOHN ROSSIELLI, Deceased, Respondent, v. ITALIO-AMERICAN BAKING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

MICHAEL J. K. REILLY, Respondent, v. HENRI GUTMANN SILKS CORPORATION, Appellant.— Order of the Special Term of June 4, 1920, affirmed, with ten dollars costs and disbursements. It is, therefore, remitted to the Special Term to fix the time and place for defendant to appear for examination before trial. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

EVELYN CORA TAHL, Respondent, v. LIONEL TAHL, Appellant.— Both motions of plaintiff denied, without costs. Order for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

CORA TRAVIS, Respondent, v. NORTON C. TRAVIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM A. YOUNG, Respondent, v. BEST & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.